**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 36  
**IP Address:** 74.71.229.130  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash:<br>CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 09/05/2024 23:24:06 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |
| 2 | Info Hash: F6ABB3EC57F6F61E302E4DB9222EA5CB0EEDBE44<br>File Hash:<br>8BA6CA2A2423FDE7D4B7D075850BA1748A5CBE939DC7B56A5C348F2115327E69 | 09/05/2024 22:50:17 | Tushy | 09/13/2021 | 10/05/2021 | PA0002315290 |
| 3 | Info Hash: C8487E9831566D7431E5D56F089CB417B810247F<br>File Hash:<br>C5B9AC498EA8222376874B4262FC4A44AA47DA3CFD697DC40F984FCA728B586C | 09/05/2024 22:21:36 | Blacked | 02/26/2022 | 03/29/2022 | PA0002342860 |
| 4 | Info Hash: F436716E467358A87CA812C874AD4FBE443ACD9C<br>File Hash:<br>5A9629BD9998889373B3711AE73D36AA68B5493EED9C8A9F6343DCED00AFFE51 | 09/05/2024 22:17:46 | Blacked Raw | 03/29/2021 | 04/14/2021 | PA0002286726 |
| 5 | Info Hash: F1BFAD9914FB1031D726B52E50E3416C92C0DA8B<br>File Hash:<br>074C4FA25BCEB52E8345BFE93DDF9ADDA02CC3D9EFEF2C0C450C93E7DE858882 | 09/05/2024 21:48:46 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 6 | Info Hash: 50A77D284E42CA28F0706167B9EE4ECD391FD5DF<br>File Hash:<br>5E0D7A277FEB511CE3F7E0BED3A27CE0DD2805998AAF96B8DB505DD5ED89443D | 09/05/2024 09:02:05 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 7 | Info Hash: 24F556A1E840D7A539D1DA1C6745A30D75868147<br>File Hash:<br>A855C74B1BD34565AE3F7310A8923738FD902C46FB4C39EAB15EF5EB446FB0E8 | 09/05/2024 07:30:55 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 8 | Info Hash: 22EDE2B49D3E2F84DD3EF8868F5DF57C6A8D9DCA<br>File Hash:<br>29BC07BC93FCA771CE7EF9DB770633C5EC1DCDA6823A8F3B0660AA6F4DEAC79D | 09/05/2024 07:25:54 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 9 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash:<br>3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 09/05/2024 07:09:34 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 10 | Info Hash: 7F344797FE7DA07DEB82CC2B088D48D1A454B0FC<br>File Hash:<br>C1AEF420CA9A04AF1F4093FD59945CAEC6E878C06D001B1D20BA3BD8D7C92CC9 | 09/05/2024 06:47:45 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 11 | Info Hash: E80E7668A26EF21AF75D05659E7B948F8E811308<br>File Hash:<br>0E35ECBD4A0BD4FEBB7993D328346860F3346292B7311E7D9D68DE7CB0174EF9 | 09/05/2024 05:31:54 | Vixen | 04/01/2022 | 04/23/2022 | PA0002346428 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E5044C340705C68E653525F264547C5210AFCD89<br>File Hash:<br>094536A798B5D33A31D65F4405E40AF93606C9725042CD04FD964B165E9BD263 | 09/05/2024<br>05:26:14 | Tushy | 04/24/2022 | 05/20/2022 | PA0002350374 |
| 13 | Info Hash: E4E73AED989807C7765BE7C156F4C3233AEF1385<br>File Hash:<br>BA0C23EC21B6A31762D5E247BFA076D02119DB85DB12C584BBE3B845BE051E07 | 09/05/2024<br>05:25:04 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |
| 14 | Info Hash: 014C085CB2AECFF2A81567D6888B02B485379E22<br>File Hash:<br>5D7EE5A70E9BBA3DFCB17199D821FF9F135803E76D9905FBC3CB34039AB226E1 | 09/05/2024<br>05:06:44 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 15 | Info Hash: 710B90A3B181DD5B84409F55F2DE9315DDD7E968<br>File Hash:<br>3A4430E834A9B987C909156A866BB42CA70E4460F8DE7C58C700CE34662EBA8B | 09/05/2024<br>05:03:44 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 16 | Info Hash: 6A92ED95AA76F89E27CFF587A77FFFDE83362E81<br>File Hash:<br>81257EA14F9E6CD648CA3C84F68F6A91B67032FD55A247ADCA1F38514DF12A0C | 02/15/2023<br>05:35:55 | Blacked | 05/07/2021 | 06/09/2021 | PA0002295580 |
| 17 | Info Hash: FECD3CCD086C37EEB48BFFBDD535FAE85BC0FA92<br>File Hash:<br>34E9362340A0525EE9FD2683F4C942C7C028193AA5AC968E9D2DF80AA8B7273E | 02/15/2023<br>02:19:54 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 18 | Info Hash: 7BD06AA2867FB1FDB0B8588EEB1761B0FA76FC04<br>File Hash:<br>B7D71613E5C9F064D8A95C7DBBCCDC5B6AE1945331A73DB395C562BCF4BEA084 | 02/15/2023<br>02:07:14 | Blacked Raw | 03/22/2021 | 04/14/2021 | PA0002286722 |
| 19 | Info Hash: 8DB9EC78C88E36FC24486522F2A5C2E5F12223E8<br>File Hash:<br>B19A335B6031BFB4D4E2787025F321201601C15E66C4AFD29DD3F6EF03E32F66 | 02/14/2023<br>22:25:44 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 20 | Info Hash: 96D7F360A83B1D01EC1EB0D9330E23BDE81C7803<br>File Hash:<br>928466666BEEF1AF37A5E1152DB97330B18AF9A635B135930C8C1102069343AC | 02/14/2023<br>21:07:44 | Blacked Raw | 11/10/2022 | 01/27/2023 | PA0002393082 |
| 21 | Info Hash: 9A9A5BD85B60418AA1B011C2674B5EA04DE3BE29<br>File Hash:<br>805B59B49AEBDB1080E6E9A4437AA0EB153D34B378C50B9CE053538291FDF2AB | 02/14/2023<br>19:46:54 | Tushy | 05/31/2020 | 06/16/2020 | PA0002253261 |
| 22 | Info Hash: 9C824A2D4EB747339F1B9E2E83479104BE703703<br>File Hash:<br>25127A789B678AAB59D72E0FEB5A324E362411CA5DFD19CB9943B06345C6B3A5 | 02/14/2023<br>19:36:46 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 23 | Info Hash: E76216D75788F550875F1524EFCA15609F7BD35F<br>File Hash:<br>BC214A41B65BC5B6E1F073D85F6C8BAAA789384A607A507610AE465E544EF29B | 02/08/2023<br>02:42:56 | Tushy | 08/19/2021 | 10/05/2021 | PA0002315293 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: A32AB126B1D4DBFB020189DB9DF602F49A13A29A<br>File Hash:<br>1BA0E004FEE2699E17D83605CCEA3DC5F4C5B0747F35942FFAE0C0F8D35CAED2 | 02/07/2023<br>21:04:55 | Blacked Raw | 04/04/2022 | 04/23/2022 | PA0002346436 |
| 25 | Info Hash: A96E15624A7DC7EBC246B11E0E6C448D785EB836<br>File Hash:<br>5A0ADBA8C9A43A01DEC1C9FE51D16254C2448235709D089A01B227A6AF297A1E | 02/07/2023<br>20:37:45 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 26 | Info Hash: A799878765832A277C65FB1F9AD5AE8D594F1ED4<br>File Hash:<br>644AB34A0CDB356C03C6891C409E39387C6798A62E8CC2B4F90837CCD272F86B | 02/07/2023<br>20:35:05 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 27 | Info Hash: AE1C8497B302871D570A2C1FAF7AE7AE49419FCA<br>File Hash:<br>BD2C5C9B9FD8E768B0511F2234672AE6AF2388A3370D87698C51ED2C0CE7B807 | 02/07/2023<br>20:20:25 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 28 | Info Hash: B578C2ACDABBED024776FCA7EF11EDE6D075F916<br>File Hash:<br>FEC9151C53211E2FC1C11302008DAC382FD9888470B3D00148260D708A6DC391 | 02/07/2023<br>20:13:05 | Tushy | 01/16/2022 | 03/04/2022 | PA0002345785 |
| 29 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash:<br>880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 02/07/2023<br>19:41:54 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 30 | Info Hash: CB559D4FEF06F2317C82DE641FE89E45845A390C<br>File Hash:<br>71F996F76A7E4AE0DEB9678B4F9AE0C87B6656A265F7C3182E213364F65E5811 | 02/07/2023<br>19:12:54 | Tushy | 05/01/2022 | 05/20/2022 | PA0002350375 |
| 31 | Info Hash: D58CBAAF703BCD1529BB3D3E9757E25FBE79C08E<br>File Hash:<br>9BC063C8C7D60079A96DC9335516348B33DFB84A0DDEB6DF2A6FC7EC8EE9D8E7 | 02/07/2023<br>19:11:57 | Tushy | 05/29/2022 | 07/21/2022 | PA0002368036 |
| 32 | Info Hash: CE371CD4A148579DA33E1EE69A14F0B6A0B5B31A<br>File Hash:<br>CE51EF9B8F482C3E62F3765A7BC8BB80251D08557AFFCD7CA7AB84E6E03D7927 | 02/07/2023<br>19:11:34 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 33 | Info Hash: 051D34E23334E775BADDB2E6D44B554659B70352<br>File Hash:<br>B689DD45562F442F3D8F3826A771C9E400070FE767ACB08881AEB0460CFDFE34 | 02/07/2023<br>19:01:02 | Tushy | 02/20/2022 | 03/29/2022 | PA0002342839 |
| 34 | Info Hash: CC60A20C605A540B07CE60B2BE1806121B0BA495<br>File Hash:<br>D5BA24EA5531B610FBAD2D631589F77BA69A97CE0D76ACD258DF71450936AC8E | 02/07/2023<br>18:56:53 | Blacked | 12/25/2021 | 01/17/2022 | PA0002330103 |
| 35 | Info Hash: 6F84D218B0143982E48719197563CB5D1624BEE9<br>File Hash:<br>B765FC2D5014B01254A2940DB66C0A88EA37D75ADA99A2DA976C9970CD8BFB6C | 02/07/2023<br>18:56:41 | Blacked | 11/27/2021 | 02/03/2022 | PA0002341770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 2A3718418920E8D80A36D02393F7E6CF44970EE6<br>File Hash: EAED696B9570348621E5B65C6E904BBC2681AE92449F55BAAFAFD0B4CB126C03 | 02/07/2023 18:55:57 | Tushy | 12/05/2021 | 12/09/2021 | PA0002325840 |